**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Leah Buchannan, | Case No. 2:23-cv-01061-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Aces High Management, LLC; and Sher Gaming, LLC, | |
| Defendants. | |

This matter is before the Court on *pro se* Plaintiff Leah Buchannan's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 1) and Complaint (ECF No. 1-1). Plaintiff's application to proceed *in forma pauperis* is not on the Court's approved form. Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[1] The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and its accompanying instruction packet.

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

1       **IT IS FURTHER ORDERED** that Plaintiff shall have until **September 11, 2023** to

2  either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C.

3  § 1915(a)(1) and LSR 1-1; or (2) pay the full $402 filing fee, which includes the $350 filing fee

4  plus the $52 administrative fee.  **Plaintiff is advised that failure to comply with this order will**

5  **result in a recommendation to the district judge that the case be dismissed.**

6

7       DATED: August 11, 2023

8       _____

9       DANIEL J. ALBREGTS
        UNITED STATES MAGISTRATE JUDGE