UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Leah Buchannan,<br><br>                Plaintiff,<br><br>v.<br><br>Aces High Management, LLC; and Sher Gaming, LLC,<br><br>                Defendants. | Case No. 2:23-cv-01061-RFB-DJA<br><br>**Order** |

       This matter is before the Court on *pro se* Plaintiff Leah Buchannan's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (ECF No. 4). The Court previously denied Plaintiff's application for not being on the Court's approved form. (ECF No. 3). Plaintiff's renewed application is on the Court's form, but does not completely answer the questions. In response to question 3, Plaintiff checks a box indicating that she receives income from "other sources," but she does not explain from what other sources she receives income or how much income she receives from those sources. In response to question 5, Plaintiff does not provide an approximate value for her vehicle. In response to question 6, Plaintiff does not provide the amount of her monthly expenses. And in response to question 8, Plaintiff does not describe the amounts she owes on her student loans. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application.

       **IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is **denied without prejudice.**

1   **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of this order and the form application for a non-inmate to proceed *in forma pauperis* and its accompanying instruction packet.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **December 6, 2023** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $402 filing fee, which includes the $350 filing fee plus the $52 administrative fee. **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: November 6, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE