# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEAH BUCHANNAN,<br><br>   Plaintiff,<br><br>   v.<br><br>ACES HIGH MANAGEMENT, LLC AND SHER GAMING, LLC<br><br>   Defendants. | Case No. 2:23-cv-01061-RFB-DJA<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 14) of the Honorable Judge Daniel J. Albregts, United States Magistrate Judge, entered on September 24, 2024. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by October 8, 2024. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

///

///

///

1   **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 14) is
2   **ACCEPTED** and **ADOPTED** in full.
3   **IT IS FURTHER ORDERED** that Plaintiff's amended complaint is **dismissed without**
4   **leave to amend** and that this case is accordingly **dismissed without prejudice.**

6   The Clerk of Court is kindly requested to close this case.

8   **DATED:** October 21, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**